RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**PETER WUCETICH, IDAHO STATE BAR NO. 10557**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKS ROBERTS, JUDY ROBERTS, AND TIMBER ROBERTS,<br><br>Defendants. | Case No. 1:21-mj-00619-CWD<br><br>**INFORMATION**<br><br>36 C.F.R. § 261.11(b)<br>36 C.F.R. § 261.58(a) |

The United States Attorney charges:

### COUNT ONE

**Possessing or Leaving Refuse, Debris, or Litter in an Exposed or Unsanitary Condition**
**36 C.F.R. § 261.11(b)**

On or about May 12, 2021, in the District of Idaho, the defendant(s), BROOKS ROBERTS, JUDY ROBERTS, and TIMBER ROBERTS, violated Title 36, Code of Federal Regulations, Section 261.11(b), by possessing refuse, debris, or litter in an exposed and unsanitary condition on the Boise National Forest.

**INFORMATION - 1**

## COUNT TWO

### Camping for Longer than 14 days
### 36 C.F.R. § 261.58(a)

On or about May 12, 2021, in the District of Idaho, the defendant(s), BROOKS ROBERTS, JUDY ROBERTS, and TIMBER ROBERTS, violated Title 36, Code of Federal Regulations, Section 261.58(a), by camping at the same campsite in the Boise National Forest for longer than 14 days during a 28-day period.

Dated this 10th day of August, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

_____
PETER WUCETICH
Assistant United States Attorney

**INFORMATION - 2**