# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Brooks Roberts** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Clayton Albright | INTERPRETER: No |
| Telephone No.: (208) 392-6681 | If YES, language: |
| AGENCY: Forest Service | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Information**

| | | | |
|---|---|---|---|
| Felony: | **No** | County of Offense: | **Boise** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **1 day** |
| Class B or C Misdemeanor: (Petty Offense) | **Yes** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **36 C.F.R. § 261.11(b)** | ONE | **Possessing or Leaving Refuse, Debris, or Litter in an Exposed or Unsanitary Condition** | **Up to a $5,000 fine and $10 Special Assessment** |
| **36 C.F.R. § 261.58(a)** | TWO | **Camping for Longer than 14 days** | **Up to a $5,000 fine and $10 Special Assessment** |

Date: 10 August 2021

Assistant U.S. Attorney: PETER L. WUCETICH

Telephone No.: (208) 334-1211