# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Judy Roberts | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Summons |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Clayton Albright | **INTERPRETER:** No |
| Telephone No.: (208) 392-6681 | If YES, language: |
| **AGENCY:** Forest Service | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No |
| | **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Information

| | | | |
|---|---|---|---|
| Felony: | No | County of Offense: | **Boise** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **1 day** |
| Class B or C Misdemeanor: (Petty Offense) | **Yes** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **36 C.F.R. § 261.11(b)** | ONE | **Possessing or Leaving Refuse, Debris, or Litter in an Exposed or Unsanitary Condition** | **Up to a $5,000 fine and $10 Special Assessment** |
| **36 C.F.R. § 261.58(a)** | TWO | **Camping for Longer than 14 days** | **Up to a $5,000 fine and $10 Special Assessment** |

Date: 10 August 2021     Assistant U.S. Attorney: PETER L. WUCETICH

Telephone No.: (208) 334-1211