RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**PETER WUCETICH, IDAHO STATE BAR NO. 10557**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROOKS ROBERTS, JUDY ROBERTS, AND TIMBER ROBERTS,<br><br>　　　　Defendants. | Case No. 1:21-po-00201-CWD<br><br>**GOVERNMENT'S STATUS REPORT** |

The United States of America, by and through Rafael M. Gonzalez, Jr., Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby provides a status report on the above referenced matter. The Government is informed that Defendants Brooks and Judy Roberts have vacated the campsite that they had been occupying on United States Forest Service land. Defendant Timber Roberts had previously vacated that campsite.

**GOVERNMENT'S STATUS REPORT**-1

Respectfully submitted this 1st day of November, 2021.

                                                          RAFAEL M. GONZALEZ, JR.
                                                         ACTING UNITED STATES ATTORNEY
                                                         By:

                                                         */s/ Peter Wucetich*
                                                         PETER WUCETICH
                                                         Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2021, the foregoing **GOVERNMENT'S STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Brooks, Judy, and Timber Roberts<br>P.O. Box 829<br>Idaho City, 83631 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☐ Email |

                                                  */s/ Amy Fort*
                                                  Legal Assistant