**<u>CRIMINAL PROCEEDINGS</u> –   Arraignment/Bench Trial**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Candy W. Dale                              Date: October 12, 2021
Courtroom Deputy/ESR: Amy Tate          Time: 1:47-1:56 PM
                                                              Location: Boise, ID

**UNITED STATES OF AMERICA vs. JUDY ROBERTS & BROOKS ROBERTS**
Case No.: 1:21-po-00201-CWD-1

Counsel for United States: AUSA Peter Wucetich
Defendants: Pro Se

Per the Government's request, the Arraignment on the Superseding Information and Bench Trial set to occur today were VACATED.

Installment Payment Agreement reached for CVB Citations FBHL001J & FBHL0018 re: Judy Roberts, and FBHL001A & FBH001H re: Brooks Roberts. Court approved and signed Installment Payment Agreement forms, as discussed on the record, which shall be forwarded to the Central Violations Bureau.

Defendants agreed to clean the occupied campsite and leave the premises on or before 10/19/2021.

Status Report to be filed by the Government on or before 10/31/2021 re: whether Defendants have cleaned and vacated the campsite, as stipulated.